

# Fourth Court of Appeals
## San Antonio, Texas

December 6, 2018

No. 04-18-00734-CR

Brandy Darlene **AIELLO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR1259W
Honorable Lori I. Valenzuela, Judge Presiding

## O R D E R

The Appellant's Motion for Extension of Time to Show Cause in Writing Why This Appeal Should Not Be Dismissed for Lack of Jurisdiction is GRANTED. The appellant's response is due no later than December 10, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of December, 2018.

_____
Keith E. Hottle
Clerk of Court